# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

131636(57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DELORES M. HUFF and JACK HUFF,
       Plaintiffs-Appellants,

v

ANDRA ELLEN ABOU-JOUDEH,
       Defendant,

and

DOMINION OF CANADA GENERAL
INSURANCE COMPANY,
       Defendant-Appellee.

SC: 131636
COA: 266120
St. Clair CC: 03-003205-NI

_____/

On order of the Court, the motion for reconsideration of this Court's December 6, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

p0319